JESSE L.B. HILL (State Bar No. 97620)
1042 Palm Street 2nd Floor
San Luis Obispo, CA 93401
Telephone (805) 544-5541
Facsimile (805) 595-1020

Attorneys for Plaintiff Marsha Stillman

**FILED**

FEB 2 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT OF THE

EASTERN DISTRICT OF CALIFORNIA FRESNO COURTHOUSE

| | |
|---|---|
| MARSHA STILLMAN,<br>An individual;<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY EMPLOYEE'S RETIREMENT BOARD, a Municipal Entity, And DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO. 1:07 CV 01437-LJO-DLB<br><br>**NOTICE OF DISMISSAL OF ACTION FRCP 41(a)(1)(A)(i)** |

This action is hereby dismissed. Plaintiff filed the action with a good faith belief that the action was governed by ERISA. This was incorrect for a State Retirement Board. The jurisdiction is in State Court. The matter has not been served.

Dated: February 15, 2008            By: _/s/_____

                                    Jesse L. B. Hill,
                                    Attorney for Plaintiff

IT IS SO ORDERED.

DATED: February 20, 2008            _____
                                    HONORABLE LAWRENCE J. O'NEILL
                                    U.S. DISTRICT JUDGE

NOTICE OF DISMISSAL